AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| DENIS OMAR MARADIAGA-GONZALEZ | ) | Case No. 13-8045-JMH |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

FILED by _____ D.C.
JAN 28 2013
STEVEN M. LARIMORE
CLERK U.S. DIST. CT
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 24, 2013__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC Section 1326(a) | Illegal Reentry after Deportation. |

This criminal complaint is based on these facts:
See Attached Affidavit.

☑ Continued on the attached sheet.

*I find probable cause.*

_____
Complainant's signature

Andy Korzen, Deportation Officer, ICE
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 1/28/13

_____
Judge's signature

City and state:   West Palm Beach, FL

U.S. Magistrate Judge James M. Hopkins
*Printed name and title*

## UNITED STATES v. DENIS OMAR MARADIAGA-GONZALEZ
## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Andy Korzen, being duly sworn, depose and state as follows:

1. I am a Deportation Officer of the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE) and have been so employed for over nine years. I am currently assigned to the Enforcement and Removal Operations, Criminal Alien Program, Stuart, Florida. As a Deportation Officer with ICE, my duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Denis Omar MARADIAGA-GONZALEZ committed the offense of illegal re-entry after deportation, in violation of Title 8, United States Code, Section 1326(a).

3. On or about January 24, 2013, Denis Omar MARADIAGA-GONZALEZ was arrested in Palm Beach County, Florida on charge of aggravated assault with a deadly weapon and battery. He was booked and detained at the Palm Beach County Jail. Upon booking, his fingerprints were entered into the IAFIS system with a positive match for an individual previously removed from United States, that is Denis Omar MARADIAGA-GONZALEZ.

4. On or about January 25, 2013, your affiant received copies from the immigration alien file assigned to Denis Omar MARADIAGA-GONZALEZ. Records within alien file assigned to Denis Omar MARADIAGA-GONZALEZ show that he is a

1

native and citizen of Honduras. Records further show that on or about June 18, 2007, Denis Omar MARADIAGA-GONZALEZ was ordered removed from the United States. The Order of Removal was executed on or about July 11, 2007, whereby Denis Omar MARADIAGA-GONZALEZ was removed from the United States to Honduras.

5. Border Patrol Fingerprint Expert Richard Abbott conducted fingerprint comparison in this case. The fingerprint comparison confirmed that the individual encountered on or about January 24, 2013, that is, Denis Omar MARADIAGA-GONZALEZ was the same person previously removed from the United States on or about July 11, 2007.

6. Your affiant performed a record check in the Computer Linked Application Informational Management System (CLAIMS) to determine if Denis Omar MARADIAGA-GONZALEZ filed an application for permission to reapply for admission into the United States after deportation or removal. After a diligent search was performed in that database system, no record was found to exist indicating that Denis Omar MARADIAGA-GONZALEZ obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law. Certificate of Non-Existence of Record has been requested from Bureau of Citizenship and Immigration Services.

7. Based on the foregoing, your affiant avers that there exists probable cause to believe that, on or about January 24, 2013, Denis Omar MARADIAGA-GONZALEZ, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney

2

General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

_____
Andy Korzen
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn to before me
this 25 day of January, 2013.

_____
JAMES M. HOPKINS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. __13-8045-JMH__

UNITED STATES OF AMERICA

vs.

DENIS OMAR MARADIAGA-GONZALEZ,

Defendant.
_____/

CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?  ____ Yes __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?  ____ Yes __X__ No

Respectfully submitted,
WIFREDO A. FERRER
UNITED STATES ATTORNEY

BY: /s/ Rinku Tribuiani
RINKU TRIBUIANI
ASSISTANT UNITED STATES ATTORNEY
Rinku.Tribuiani@usdoj.gov
Florida Bar No. 0150990
500 S. Australian Avenue, Suite 400
West Palm Beach, FL 33401-6235
Tel: (561) 820-8711
Fax: (561) 820-8777